UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 09688
   ANDREW C SMITH
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
        Debtor
   SSN XXX-XX-0399
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 03/11/04 and confirmed on 06/22/04.

   2. The plan is paid in full.

   3. The Debtor paid a total of $   8670.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 1460.34 | .00 | 1460.34 |
| MARYWOOD TOWERS CONDO AS | SECURED | 400.00 | .00 | 400.00 |
| BECKET & LEE LLP | UNSECURED | 4672.31 | .00 | 761.99 |
| BMG MUSIC | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 182.40 | .00 | 29.75 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 2295.91 | .00 | 374.43 |
| DUPAGE SCHOOLS CREDIT UN | UNSECURED | 4189.09 | .00 | 683.19 |
| GM CARD | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS TOLLWAY AUTHORI | UNSECURED | NOT FILED | .00 | .00 |
| LISLE POLICE DEPT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11800.04 | .00 | 1924.44 |
| NORTHERN ILLINOIS UNIVER | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1860.34 | .00 | 23139.75 | .00 | 25000.09 |
| PRINCIPAL PAID | 1860.34 | .00 | 3773.80 | .00 | 5634.14 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1860.34 | .00 | 3773.80 | .00 | 5634.14 |

The Debtor's attorney, ZALUTSKY & PINSKI             , was allowed $   2700.00
and was paid $    91.00   direct and $   2609.00  through the plan.

The Trustee received $    352.86 .

Refunds to the Debtor totaled $     74.00 .

   Wherefore, the Trustee requests an order be entered discharging

```
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 10/15/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
        CASE NO. 04 B 09688 ANDREW C SMITH
```